Charlie Sandlan, Inc. d/b/a Maggie Flanigan Studio, Plaintiff-Appellant, 
against
Sydney Harcourt, Defendant-Respondent.



Plaintiff, as limited by its brief, appeals from that portion of a judgment of the Small Claims Part of the Civil Court of the City of New York, New York County (James E. d'Auguste, J.), entered on or about April 23, 2015, after trial, which limited its recovery of damages to the principal sum of $120.




Per Curiam.
Judgment (James E. d'Auguste, J.), entered on or about April 23, 2015, insofar as appealed from, affirmed, without costs. 
The amount of the damage award issued in plaintiff's favor upon the trial of this small claims action finds support in the record and achieved "substantial justice" (CCA 1804, 1807). The trial court's findings of fact, which, given a contract that was oral, are largely based on witness credibility, are supported by a fair interpretation of the evidence (see S & W Home Improvement Co. v La Casita II H.D.F.C., 66 AD3d 505, 506 [2009]), including, in particular, the findings that plaintiff's former owner agreed to provide defendant with "free tuition" for his second year of classes at plaintiff's acting conservatory, in exchange for defendant's performance of "work around the studio"; and that defendant, in fact, performed "extensive work," including the "customized design and construction of a shelving unit." Plaintiff failed to establish that an enforceable account stated exist between the parties with respect to the disputed tuition (see Ross v Sherman, 57 AD3d 758 [2008]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: April 18, 2016